COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

Scott A. Protzman, M.D., El Paso
Orthopaedic Surgery Group P.A., and Fred
Utter, CRNA,

Appellants,

v.

Maria T. Gurrola, Individually and on
behalf of all wrongful death beneficiaries,
and as representative of the Estate of Oscar
Gurrola, Deceased,

Appellee.

§

§

§

§

§

§

§

§

§

No. 08-15-00281-CV

Appeal from the

448th District Court

of El Paso County, Texas

(TC# 2014DCV3560)

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **January 11, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alfonso L. Melendez, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before January 11, 2016.

IT IS SO ORDERED this 11th day of December, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.